1
2
3
4
5              UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
7
8  ROBERT BEARD,                        No. C 14-4608 SI (pr)
9        Petitioner,                    **ORDER OF DISMISSAL**
10       v.
11 MR. BANROGA,
12       Respondent.
13 _____/

14        This *pro se* civil action was filed on October 15, 2014.  On that date, the court notified

15 petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish

16 a completed and signed court-approved *in forma pauperis* application.  Petitioner was advised

17 that failure to pay the fee or file the application materials within thirty days would result in

18 dismissal of the action. Petitioner did not pay the filing fee or file a completed *in forma pauperis*

19 application, and the deadline by which to do so has passed.  For the foregoing reasons, this

20 action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed

21 *in forma pauperis* application.  Petitioner's request for appointment of counsel is DENIED.

22 (Docket # 2.)  The court will not appoint counsel in a case that is being dismissed.  The clerk

23 shall close the file.

24        IT IS SO ORDERED.

25 Dated: December 2, 2014

26                                        SUSAN ILLSTON
                                       United States District Judge
27
28

United States District Court
For the Northern District of California