UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, | No. C 14-4608 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MR. BANROGA, | |
| Respondent. / | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 2, 2014

_____
SUSAN ILLSTON
United States District Judge